# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**BILLY LAMPTON**

**-vs-**

**FREDERICK MENIFEE, WARDEN**

**CIVIL ACTION NO. 05-1623**

**JUDGE LITTLE**

## JUDGMENT

Before the court is a report and recommendation of the magistrate recommending that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by *pro se* plaintiff Billy Lampton ("Lampton") be denied and dismissed with prejudice. Lampton has timely filed an objection.[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, the petition for writ of habeas corpus filed by Lampton pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

9 February 2006

_____
F.A. LITTLE
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).